UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
2005 NOV -2  P 2: 29
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY _____
       DEPUTY

United States of America

v.

William Espinoza                        Case No. 1:05 CR 00437 SMS

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

**I HEREBY:** Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 11/2/05                              _____
                                                    Defendant

BEFORE: _____          _____
         United States Magistrate Judge    Defendant's Attorney (if any)

____ Petty Offense

✓ Misdemeanor