PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket No: 1:05CR00437-001LJO** |
| ) | |
| ) | |
| **William Espinoza** ) | |

On February 3, 2006, the above-named was placed on probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda Peyret

**Melinda Peyret
Senior United States Probation Officer**

Dated:   1/17/2007
         Fresno, California
         mp

**REVIEWED BY:**   /s/ Bruce Vasquez
                  **BRUCE A. VASQUEZ
                  Supervising United States Probation Officer**

Re: **ESPINOZA, William**
    **Docket Number:   1:05CR00437-001 LJO**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 2/5/2007 | /s/ LAWRENCE J. O'NEILL |
| **Date** | **LAWRENCE J. O'NEILL** |
| | **United States District Judge** |

mp
Attachment:   Recommendation
cc:     United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office